PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-MJ-0174-KJN |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D) AND EXCLUSION OF TIME AND [PROPOSED] FINDINGS AND ORDER |
| v. | |
| RICHARD BELDON WATERS III, | DATE: July 16, 2021 |
| Defendant. | TIME: 2:00 p.m. |
| | COURT: Hon. Carolyn K. Delaney |

Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S. Attorney ROBERT J. ARTUZ, and Defendant RICHARD BELDON WATERS III, both individually and by and through his counsel of record, JENNIFER MOUZIS, hereby stipulate as follows:

1. The Complaint in this case was filed on November 6, 2020, charging Waters with one count of conspiracy to commit offenses against the United States, in violation of 18 U.S.C. § 371. Waters first appeared before a judicial officer of the Northern District of California on or about December 17, 2020, and was detained. He then first appeared in this district on April 13, 2021, where the Complaint is pending. The Court set a preliminary hearing date of April 27, 2021. ECF 21. By stipulation and Court order, the preliminary hearing date was continued to May 28, 2021, and again to July 16, 2021.

By this stipulation, the parties jointly move for a third extension of time of the preliminary hearing date to August 20, 2021, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d)

of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's collection and production of discovery and continuing investigation of the case. For example, the government has produced discovery relevant to this case, including over 1,000 pages of law enforcement reports, bank records, photographs, and criminal histories. The government has also produced multiple gigabytes of documents from at least two data extractions of the defendant and his co-defendant's smartphones, which are also available to defense counsel for inspection. Defense counsel needs time to review and consider all the evidence and to conduct further investigation. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between July 16, 2021, and August 20, 2021, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.


Dated: July 14, 2021                        PHILLIP A. TALBERT
                                            Acting United States Attorney


                                            /s/ ROBERT J. ARTUZ
                                            ROBERT J. ARTUZ
                                            Special Assistant U.S. Attorney


Dated: July 14, 2021                        /s/ Jennifer Mouzis
                                            JENNIFER MOUZIS
                                            Counsel for Defendant
                                            RICHARD BELDON WATERS III

PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>RICHARD BELDON WATERS III,<br><br>                    Defendant. | CASE NO. 2:20-MJ-0174-KJN<br><br>FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: July 16, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on July 14, 2021. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.     The date of the preliminary hearing is extended to August 20, 2021, at 2:00 p.m.

2. The time between July 16, 2021, and August 20, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: July 14, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE